IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| CODY SIEGERT, § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | CIVIL ACTION NO. SA-23-CV-0397-FB |
| § | |
| WILLIAMS-SONOMA STORES, INC. and § | |
| JOHN DOE, § | |
| § | |
| Defendants. § | |

### *ORDER GRANTING UNOPPOSED MOTION FOR REMAND*

Before the Court is Plaintiff's Motion for Remand filed April 6, 2023 (docket #3), and Defendant Williams-Sonoma Stores, Inc.'s Response to Motion to Remand filed April 17, 2023 (docket #4). Plaintiff states in his Motion for Remand that his lawsuit arises out of an incident that occurred at a store owned and managed by Defendant Williams-Sonoma Stores, Inc. (Williams-Sonoma) on February 25, 2022. On that day, Plaintiff asserts he was an invitee of Defendant's store and present at the store at the same time Defendant Williams-Sonoma's employee Shane Scott was present with his Great Dane dog. Plaintiff states it is "undisputed that the dog bit Plaintiff in the face on that day at the store." Motion to Remand, docket #3 at page 1. Plaintiff explains that after removal of the case to this Court, he filed an amended complaint "identifying the John Doe dog owner as Shane Scott" who is a resident of Texas and who remains employed at the Defendant's store. Plaintiff asserts that because Defendant Shane Scott is "not of diverse citizenship from Plaintiff, the identification and joinder of [Mr.] Scott destroys subject matter jurisdiction and the case should be remanded to state court." Id. at page 3.

In its Response, Defendant Williams-Sonoma advises that based on "Plaintiff's new allegations against Defendant's employee in his individual capacity Defendant does not oppose

Plaintiff's Motion to Remand." <u>Defendant, Williams-Sonoma's Response to Motion to Remand</u>, docket #4 at page 1.  Accordingly, based on the motion and response, the Court finds the unopposed motion for remand has merit and should be granted.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's Motion for Remand (docket #3) is GRANTED such that this case is REMANDED to the 57th Judicial District Court of Bexar County, Texas, for lack of subject matter jurisdiction.  IT IS FURTHER ORDERED that the Clerk of the Court send a certified copy of this order to the clerk of the state court.

It is so ORDERED.

SIGNED this 24th day of April, 2023.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE